CHARLES H. STUBACK, Respondent, *v.* SAM SUSSMAN et al., Doing Business under the Firm Name of EQUITY AUTO ADVANCE Co., et al., Appellants.

Argued October 2, 1939; decided October 17, 1939.

*I. Maurice Wormser* and *Samuel Firestone* for appellants.
*Pliny W. Williamson* and *Joseph Schwartzman* for respondent.

*John J. Bennett, Jr., Attorney-General (Benjamin Heffner, Colin McLennan* and *John F. X. McGohey* of counsel), for the People of the State of New York, *amicus curiæ.*

*Pliny W. Williamson* and *Thomas J. Whalen* for Russell Sage Foundation, *amicus curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.